**AMERICAN INVESTIGATIVE & SECURITY, Petitioner,**

v.

**Charles Albert HAMILTON and State Insurance Fund, Respondent.**

**No. 91188.**

Supreme Court of Oklahoma.

June 15, 1998.

### ORDER

KAUGER, C.J.

This proceeding was brought by the employer [petitioner] to review an order by the Workers' Compensation Court declaring that the State Insurance Fund [respondent] did not, at the critical time in question, provide insurance coverage for the employer's liability under the Oklahoma compensation regime for injured workers.

Upon an earlier *sua sponte* inquiry into its jurisdiction, the court now *concludes and holds* that the order dismissing the risk carrier as a party respondent in the claim is the functional equivalent of a disposition that denies the insurer's liability for an award. It is hence reviewable. *Hermetics Switch, Inc.*

*v. Sales,* 1982 OK 12, 640 P.2d 963; see also *In re Hines,* 1973 OK 46, 509 P.2d 669, 672.

The instant proceeding shall advance to final disposition.